UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

American Steel & Stairways, Inc., Martin Vollrath and Thomas Vollrath

Plaintiff(s),

v.

Lexington Insurance Company, Insurance Company of the State of Pennsylvania and Chartis Claims, Inc., et al.

Defendant(s).

CASE NO. 12 cv 3103

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE*

Smita Mokshagundam, whose business address and telephone number is Sedgwick LLP, 1 North Wacker Drive, Chicago, Illinois, 60606, 312-641-9050 and who is an active member in good standing of the bar of Illinois, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Lexington Insurance Company, Insurance Company of the State of Pennsylvania and Chartis Claims, Inc.

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 7/2/12

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE