BRIAN D. HARRISON (SBN 157123)
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA 94101-2834
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
brian.harrison@sedgwicklaw.com

TRACI M. RIBEIRO (*pro hac vice*)
SMITA MOKSHAGUNDAM (*pro hac vice*)
DIANA L. GESEKING (SBN 252860)
SEDGWICK LLP
One North Wacker Drive, Suite 4200
Chicago, IL  60606-2841
Telephone: (312) 641-9050
Facsimile: (312) 641-9530
diana.geseking@sedgwicklaw.com

Attorneys for LEXINGTON INSURANCE
COMPANY, INSURANCE COMPANY OF THE STATE
OF PENNSYLVANIA and CHARTIS CLAIMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN STEEL & STAIRWAYS, INC.; MARTIN VOLLRATH, an individual; and THOMAS VOLLRATH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; CHARTIS CLAIMS, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 12 cv 3103 SI<br><br>[The Honorable Susan Illston]<br><br>**STIPULATION AND ORDER TO CONTINUE HEARING DATE OF CHARTIS CLAIMS, INC.'S MOTION TO DISMISS** |

Pursuant to Civil Local Rules 7-7(b)(1), 6-1 and 6-2 for the Northern District of California, Plaintiffs American Steel & Stairways, Inc., Martin Vollrath and Thomas Vollrath (collectively, "Plaintiffs") and Defendant Chartis Claims, Inc. (collectively, with Plaintiffs, the

1

"Parties"), by their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, Plaintiffs filed a complaint in San Mateo County Superior Court on April 16, 2012 and Defendants Lexington Insurance Company, the Insurance Company of the State of Pennsylvania and Chartis Claims, Inc. ("Chartis Claims") removed the case to Federal Court on June 15, 2012;

WHEREAS, Chartis Claims filed a Motion to Dismiss Pursuant to Federal Rule of Civil Procedure 12(b)(6) on June 22, 2012;

WHEREAS, Plaintiffs filed their Opposition to Chartis Claims' Motion to Dismiss on July 6, 2012;

WHEREAS, Chartis Claims' filed its reply on July 20, 2012;

WHEREAS, the hearing on Chartis Claims' Motion to Dismiss is currently scheduled for August 24, 2012 at 9:00 a.m.;

WHEREAS, the Parties have agreed to continue the hearing date to September 21, 2012 at 9:00 a.m.;

WHEREAS, there has been no prior modification of the hearing date by the Parties;

WHEREAS, none of the Parties will be prejudiced by the modification of the hearing date;

NOW, THEREFORE, the Parties hereby stipulate to continue the hearing date for Chartis Claims' Motion to Dismiss Pursuant to Federal Rules of Civil Procedure 12 to September 21, 2012 at 9:00 a.m.

IT IS SO AGREED AND STIPULATED.

DATED: August 17, 2012

| SEDGWICK LLP | WILLOUGHBY, STUART & BENING |
|---|---|
| By: __/s/_ Diana L. Geseking_____<br>     Diana L. Geseking | By: __/s/_ Alexander F. Stuart_____<br>     Alexander F. Stuart |
| Traci M. Ribeiro (*pro hac vice*)<br>Smita Mokshagundam (*pro hac vice*)<br>One North Wacker Drive, Suite 4200<br>Chicago, IL 60606 | 50 W. San Fernando Street, Suite 400<br>San Jose, CA 95113<br>Telephone: 408-289-1972<br>Facsimile:  408-295-6375 |

2

STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING DATE OF CHARTIS CLAIMS, INC.'S MOTION TO DISMISS

CH/402592v1

Telephone: 312-641-9050
Facsimile: 312-641-9530

Attorneys for Defendants LEXINGTON INSURANCE COMPANY, INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA and CHARTIS CLAIMS, INC.

Attorneys for Plaintiffs AMERICAN STEEL & STAIRWAYS, INC., MARTIN VOLLRATH and THOMAS VOLLRATH

IT IS SO ORDERED.

DATED:  8/17/12

_____
HONORABLE SUSAN ILLSTON
UNITED STATES DISTRICT COURT JUDGE

| | |
|---|---|
| 1 | BRIAN D. HARRISON (SBN 157123) |
| | SEDGWICK LLP |
| 2 | 333 Bush Street, 30th Floor |
| | San Francisco, CA 94101-2834 |
| 3 | Telephone: (415) 781-7900 |
| | Facsimile: (415) 781-2635 |
| 4 | brian.harrison@sedgwicklaw.com |

TRACI M. RIBEIRO (*pro hac vice*)
SMITA MOKSHAGUNDAM (*pro hac vice*)
DIANA L. GESEKING (SBN 252860)
SEDGWICK LLP
One North Wacker Drive, Suite 4200
Chicago, IL  60606-2841
Telephone: (312) 641-9050
Facsimile: (312) 641-9530
diana.geseking@sedgwicklaw.com

Attorneys for LEXINGTON INSURANCE COMPANY, INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA and CHARTIS CLAIMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN STEEL & STAIRWAYS, INC.; MARTIN VOLLRATH, an individual; and THOMAS VOLLRATH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; CHARTIS CLAIMS, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 12 cv 3103 SI<br><br>[The Honorable Susan Illston]<br><br>**CERTIFICATE OF SERVICE** |

I am familiar with the United States District Court, Northern District of California's practice for collecting and processing electronic filings.  Under that practice, the following document was electronically filed with the court on August 17, 2012:

---

1

CERTIFICATE OF SERVICE

1. **STIPULATION AND [PROPOSED] ORDER TO CONTINUE HEARING DATE OF CHARTIS CLAIMS, INC.'S MOTION TO DISMISS**

The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. Under said practice, the following CM/ECF users were served:

| | |
|---|---|
| Alexander F. Stuart<br>WILLOUGHBY, STUART & BENING<br>50 W. San Fernando Street, Suite 400<br>San Jose, CA 95113<br>Telephone: 408-289-1972<br>Facsimile: 408-295-6375<br>afs@wsblaw.net | COUNSEL FOR PLAINTIFFS AMERICAN STEEL & STAIRWAYS, INC., MARTIN VOLLRATH and THOMAS VOLLRATH |

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on August 17, 2012, at Chicago, Illinois.

　　　　　　　　　　　　　　　　　　　__/s/ Diana L. Geseking_____
　　　　　　　　　　　　　　　　　　　　　Diana L. Geseking