BRIAN D. HARRISON (SBN 157123)
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA 94101-2834
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
brian.harrison@sedgwicklaw.com

TRACI M. RIBEIRO (*pro hac vice*)
SMITA MOKSHAGUNDAM (*pro hac vice*)
DIANA L. GESEKING (SBN 252860)
SEDGWICK LLP
One North Wacker Drive, Suite 4200
Chicago, IL 60606-2841
Telephone: (312) 641-9050
Facsimile: (312) 641-9530
traci.ribeiro@sedgwicklaw.com
smita.mokshagundam@sedgwicklaw.com
diana.geseking@sedgwicklaw.com

Attorneys for LEXINGTON INSURANCE COMPANY, INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA and CHARTIS CLAIMS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN STEEL & STAIRWAYS, INC.; MARTIN VOLLRATH, an individual; and THOMAS VOLLRATH, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; CHARTIS CLAIMS, INC., a Delaware corporation; and DOES 1 through 100, inclusive,<br><br>Defendants. | Case No. 12 cv 3103 SI<br><br>[The Honorable Susan Illston]<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER DISMISSING CHARTIS CLAIMS, INC.** |

## I. STIPULATION

Lexington Insurance Company, the Insurance Company of the State of Pennsylvania, and Chartis Claims, Inc., by and through their respective attorneys of record herein, stipulate and agree as follows:

1. At all times relevant to this action, Chartis Claims, Inc. ("Chartis Claims") was acting as the duly authorized claim handling agent of Lexington Insurance Company ("Lexington") and the Insurance Company of the State of Pennsylvania ("ISOP").

2. At all times relevant to this action, Chartis Claims was acting within the scope of its authority as claim handling agent of Lexington and ISOP.

3. Lexington and ISOP adopt and ratify as their own, where applicable, all actions taken by Chartis Claims in the investigation and handling of the underlying claims against American Steel & Stairways, Inc. ("American Steel").

4. All actions by Chartis Claims relative to the investigation and handling of the underlying claims against American Steel are deemed to be the actions of Lexington and ISOP, where applicable.

5. Lexington and ISOP should be substituted in place of Chartis Claims in all pertinent pleadings where appropriate. American Steel, Martin Vollrath, and Thomas Vollrath (collectively "Plaintiffs") will hereafter prosecute all claims originally asserted against Chartis Claims against Lexington and ISOP. Plaintiffs will not seek to re-assert or re-prosecute claims governed by this stipulation against Chartis Claims. Plaintiffs will refer to all actions taken by Chartis Claims by reference to Lexington and ISOP, where applicable. The caption will be revised to remove any reference to Chartis Claims.

///

///

///

///

///

6. In light of the foregoing, Chartis Claims should be dismissed from this case without prejudice and without costs to either party.

IT IS SO AGREED AND STIPULATED.

DATED: October 12, 2012

SEDGWICK LLP

By: ___/s/__Diana L. Geseking_______
Diana L. Geseking

Traci M. Ribeiro (*pro hac vice*)
Smita Mokshagundam (*pro hac vice*)
One North Wacker Drive, Suite 4200
Chicago, IL 60606
Telephone: 312-641-9050
Facsimile: 312-641-9530

Attorneys for Defendants LEXINGTON INSURANCE COMPANY, INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA and CHARTIS CLAIMS, INC.

WILLOUGHBY, STUART & BENING

By: __/s/__Alexander F. Stuart_______
Alexander F. Stuart

50 W. San Fernando Street, Suite 400
San Jose, CA 95113
Telephone: 408-289-1972
Facsimile: 408-295-6375

Attorneys for Plaintiffs AMERICAN STEEL & STAIRWAYS, INC., MARTIN VOLLRATH and THOMAS VOLLRATH

PURSUANT TO STIPULATION, IT IS SO ORDERED.

DATED: 10/16/2012

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

Susan Illston

Judge Susan Illston

HONORABLE S
UNITED STATES JUDGE