1
BRIAN D. HARRISON (SBN 157123)
SEDGWICK LLP
2
333 Bush Street, 30th Floor
San Francisco, CA 94101-2834
3
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
4
brian.harrison@sedgwicklaw.com

5
TRACI M. RIBEIRO (*pro hac vice*)
SMITA MOKSHAGUNDAM (*pro hac vice*)
6
DIANA L. GESEKING (SBN 252860)
SEDGWICK LLP
7
One North Wacker Drive, Suite 4200
Chicago, IL  60606-2841
8
Telephone: (312) 641-9050
Facsimile: (312) 641-9530
9
traci.ribeiro@sedgwicklaw.com
smita.mokshagundam@sedgwicklaw.com
10
diana.geseking@sedgwicklaw.com

11
Attorneys for LEXINGTON INSURANCE
COMPANY, INSURANCE COMPANY OF THE STATE
12
OF PENNSYLVANIA and CHARTIS CLAIMS, INC.

13
UNITED STATES DISTRICT COURT

14
NORTHERN DISTRICT OF CALIFORNIA

15
SAN FRANCISCO DIVISION

16

17
AMERICAN STEEL & STAIRWAYS, INC.; ) Case No. 12 cv 3103 SI
MARTIN VOLLRATH, an individual; and )
THOMAS VOLLRATH, an individual, ) [The Honorable Susan Illston]
18                                  )
                            Plaintiffs, ) **STIPULATION AND [PROPOSED]**
19                                  ) **ORDER DISMISSING CHARTIS CLAIMS,**
       v.                            ) **INC.**
20                                  )
LEXINGTON INSURANCE COMPANY, a )
21 Delaware corporation; INSURANCE )
COMPANY OF THE STATE OF )
22 PENNSYLVANIA, a Pennsylvania )
corporation; CHARTIS CLAIMS, INC., a )
23 Delaware corporation; and DOES 1 through )
100, inclusive, )
24                                  )
                            Defendants. )
25 _____ )

26

27

28

1

CH/402557v1

1

## I.  STIPULATION

2       Lexington Insurance Company, the Insurance Company of the State of Pennsylvania, and

3   Chartis Claims, Inc., by and through their respective attorneys of record herein, stipulate and

4   agree as follows:

5       1.      At all times relevant to this action, Chartis Claims, Inc. ("Chartis Claims") was

6   acting as the duly authorized claim handling agent of Lexington Insurance Company

7   ("Lexington") and the Insurance Company of the State of Pennsylvania ("ISOP").

8       2.      At all times relevant to this action, Chartis Claims was acting within the scope of

9   its authority as claim handling agent of Lexington and ISOP.

10      3.      Lexington and ISOP adopt and ratify as their own, where applicable, all actions

11  taken by Chartis Claims in the investigation and handling of the underlying claims against

12  American Steel & Stairways, Inc. ("American Steel").

13      4.      All actions by Chartis Claims relative to the investigation and handling of the

14  underlying claims against American Steel are deemed to be the actions of Lexington and ISOP,

15  where applicable.

16      5.      Lexington and ISOP should be substituted in place of Chartis Claims in all

17  pertinent pleadings where appropriate.  American Steel, Martin Vollrath, and Thomas Vollrath

18  (collectively "Plaintiffs") will hereafter prosecute all claims originally asserted against Chartis

19  Claims against Lexington and ISOP.  Plaintiffs will not seek to re-assert or re-prosecute claims

20  governed by this stipulation against Chartis Claims.  Plaintiffs will refer to all actions taken by

21  Chartis Claims by reference to Lexington and ISOP, where applicable.  The caption will be

22  revised to remove any reference to Chartis Claims.

23  ///

24  ///

25  ///

26  ///

27  ///

28

STIPULATION AND [PROPOSED] ORDER DISMISSING CHARTIS CLAIMS, INC.

CH/402557v1

1       6.     In light of the foregoing, Chartis Claims should be dismissed from this case

2  without prejudice and without costs to either party.

3       IT IS SO AGREED AND STIPULATED.

4  DATED: October 12, 2012

5  SEDGWICK LLP                   WILLOUGHBY, STUART & BENING

6  By: ___/s/___Diana L. Geseking_____    By: ___/s/___Alexander F. Stuart_____

7         Diana L. Geseking                  Alexander F. Stuart

8  Traci M. Ribeiro (*pro hac vice*)        50 W. San Fernando Street, Suite 400
    Smita Mokshagundam (*pro hac vice*)     San Jose, CA 95113

9  One North Wacker Drive, Suite 4200    Telephone: 408-289-1972
    Chicago, IL 60606                Facsimile: 408-295-6375

10  Telephone: 312-641-9050
     Facsimile: 312-641-9530

11

12  Attorneys for Defendants LEXINGTON    Attorneys for Plaintiffs AMERICAN
     INSURANCE COMPANY, INSURANCE    STEEL & STAIRWAYS, INC., MARTIN

13  COMPANY OF THE STATE OF         VOLLRATH and THOMAS VOLLRATH
     PENNSYLVANIA and CHARTIS CLAIMS,

14  INC.

15

16  PURSUANT TO STIPULATION, IT IS SO ORDERED.

17

18  DATED: _____
           10/16/2012

19                  HONORABLE _____
                  UNITED STATE_____JUDGE

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER DISMISSING CHARTIS CLAIMS, INC.

CH/402557v1