BRIAN D. HARRISON (SBN 157123)
SEDGWICK LLP
333 Bush Street, 30th Floor
San Francisco, CA 94101-2834
Telephone: (415) 781-7900
Facsimile: (415) 781-2635
brian.harrison@sedgwicklaw.com

TRACI M. RIBEIRO (*pro hac vice*)
SMITA MOKSHAGUNDAM (*pro hac vice*)
SEDGWICK LLP
One North Wacker Drive, Suite 4200
Chicago, IL  60606-2841
Telephone: (312) 641-9050
Facsimile: (312) 641-9530
traci.ribeiro@sedgwicklaw.com
smita.mokshagundam@sedgwicklaw.com

Attorneys for LEXINGTON INSURANCE
COMPANY and THE INSURANCE COMPANY OF THE
STATE OF PENNSYLVANIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN STEEL & STAIRWAYS, INC.; MARTIN VOLLRATH, an individual; and THOMAS VOLLRATH, an individual,<br><br>  Plaintiffs,<br><br>  v.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation; INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No. 12 cv 3103 JST<br><br>[The Honorable Jon S. Tigar]<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE DATE OF INITIAL CASE MANAGEMENT CONFERENCE** |

---

1

STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION
AND DATE OF INITIAL CASE MANAGEMENT CONFERENCE

CH/431225v1

1      Pursuant to Civil Local Rules, 16-2(e) and 7-12 for the Northern District of California, Defendants Lexington Insurance Company ("Lexington") and the Insurance Company of the State of Pennsylvania, ("ISOP") and Plaintiffs American Steel & Stairways, Inc., Martin Vollrath and Thomas Vollrath (collectively "Plaintiffs"), collectively the "Parties," by their undersigned attorneys, hereby stipulate and agree as follows:

     WHEREAS, the initial case management conference is currently set for May 29, 2013 at 2:00 p.m.;

     WHEREAS, Traci M. Ribeiro, lead counsel for Lexington and ISOP, has a deposition on May 29, 2013 that cannot be re-scheduled;

     WHEREAS, counsel for Plaintiffs does not object to re-scheduling the initial case management conference in this case;

     WHEREAS, none of the Parties will be prejudiced by an extension of the initial case management conference date;

     NOW, THEREFORE, the Parties hereby stipulate to continue the date for the initial case management conference to a date to be scheduled by the Court.

     IT IS SO AGREED AND STIPULATED.

DATED: May 20, 2013

| SEDGWICK LLP | WILLOUGHBY, STUART & BENING |
|---|---|
| By:    /s/ Traci M. Ribeiro <br>      Traci M. Ribeiro (*pro hac vice*) <br><br> Smita Mokshagundam (*pro hac vice*) <br> One North Wacker Drive, Suite 4200 <br> Chicago, IL 60606 <br> Telephone: 312-641-9050 <br> Facsimile: 312-641-9530 <br><br> Attorneys for Defendants LEXINGTON INSURANCE COMPANY, INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | By:    /s/ Alexander F. Stuart <br>      Alexander F. Stuart <br> 50 W. San Fernando Street, Suite 400 <br> San Jose, CA 95113 <br> Telephone: 408-289-1972 <br> Facsimile: 408-295-6375 <br><br> Attorneys for Plaintiffs AMERICAN STEEL & STAIRWAYS, INC., MARTIN VOLLRATH and THOMAS VOLLRATH |

CH/431225v1

1  PURSUANT TO STIPULATION, IT IS SO ORDERED that the Initial Case Management
2  Conference is continued to June 5, 2013, at 2:00 p.m.;

4  DATED: May 22, 2013

   HONORABLE JON S. TIGAR
   UNITED STATES DISTRICT COURT JUDGE