1  BRIAN D. HARRISON (SBN 157123)
   SEDGWICK LLP
2  333 Bush Street, 30th Floor
   San Francisco, CA 94101-2834
3  Telephone: (415) 781-7900
   Facsimile: (415) 781-2635
4  brian.harrison@sedgwicklaw.com

5  TRACI M. RIBEIRO (*pro hac vice*)
   SMITA MOKSHAGUNDAM (*pro hac vice*)
6  SEDGWICK LLP
   One North Wacker Drive, Suite 4200
7  Chicago, IL  60606-2841
   Telephone: (312) 641-9050
8  Facsimile: (312) 641-9530
   traci.ribeiro@sedgwicklaw.com
9  smita.mokshagundam@sedgwicklaw.com

10
   Attorneys for LEXINGTON INSURANCE
11 COMPANY and THE INSURANCE COMPANY OF THE
   STATE OF PENNSYLVANIA
12

13                    UNITED STATES DISTRICT COURT

14                   NORTHERN DISTRICT OF CALIFORNIA

15                        SAN FRANCISCO DIVISION

16  AMERICAN STEEL & STAIRWAYS, INC.;     )
    MARTIN VOLLRATH, an individual; and   )
17  THOMAS VOLLRATH, an individual,       )
                                          )  Case No. 12 cv 3103 JST
18              Plaintiffs,               )
                                          )  [The Honorable Jon S. Tigar]
19       v.                               )
                                          )  **STIPULATION AND [PROPOSED]**
20  LEXINGTON INSURANCE COMPANY, a        )  **ORDER TO CONTINUE DATE OF**
    Delaware corporation; INSURANCE       )  **INITIAL CASE MANAGEMENT**
21  COMPANY OF THE STATE OF               )  **CONFERENCE**
    PENNSYLVANIA, a Pennsylvania          )
22  corporation; and DOES 1 through 100,  )
    inclusive,                            )
23                                        )
                Defendants.                )
24  _____ )

25

26

27

28
                                          1
STIPULATION AND [PROPOSED] ORDER TO CONTINUE MEDIATION
AND DATE OF INITIAL CASE MANAGEMENT CONFERENCE

CH/431225v1

1   Pursuant to Civil Local Rules, 16-2(e) and 7-12 for the Northern District of California, Defendants Lexington Insurance Company ("Lexington") and the Insurance Company of the State of Pennsylvania, ("ISOP") and Plaintiffs American Steel & Stairways, Inc., Martin Vollrath and Thomas Vollrath (collectively "Plaintiffs"), collectively the "Parties," by their undersigned attorneys, hereby stipulate and agree as follows:

WHEREAS, the initial case management conference is currently set for May 29, 2013 at 2:00 p.m.;

WHEREAS, Traci M. Ribeiro, lead counsel for Lexington and ISOP, has a deposition on May 29, 2013 that cannot be re-scheduled;

WHEREAS, counsel for Plaintiffs does not object to re-scheduling the initial case management conference in this case;

WHEREAS, none of the Parties will be prejudiced by an extension of the initial case management conference date;

NOW, THEREFORE, the Parties hereby stipulate to continue the date for the initial case management conference to a date to be scheduled by the Court.

IT IS SO AGREED AND STIPULATED.

DATED: May 20, 2013

| SEDGWICK LLP | WILLOUGHBY, STUART & BENING |
|---|---|
| By:  /s/ Traci M. Ribeiro  <br> Traci M. Ribeiro (*pro hac vice*) <br><br> Smita Mokshagundam (*pro hac vice*) <br> One North Wacker Drive, Suite 4200 <br> Chicago, IL 60606 <br> Telephone: 312-641-9050 <br> Facsimile: 312-641-9530 <br><br> Attorneys for Defendants LEXINGTON INSURANCE COMPANY, INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA | By:  /s/ Alexander F. Stuart  <br> Alexander F. Stuart <br> 50 W. San Fernando Street, Suite 400 <br> San Jose, CA 95113 <br> Telephone: 408-289-1972 <br> Facsimile:  408-295-6375 <br><br> Attorneys for Plaintiffs AMERICAN STEEL & STAIRWAYS, INC., MARTIN VOLLRATH and THOMAS VOLLRATH |

PURSUANT TO STIPULATION, IT IS SO ORDERED that the Initial Case Management Conference is continued to June 5, 2013, at 2:00 p.m.;

DATED: May 22, 2013

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
DATE OF INITIAL CASE MANAGEMENT CONFERENCE

CH/431225v1