United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN STEEL & STAIRWAYS, INC., et al.,<br><br>        Plaintiffs,<br><br>  v.<br><br>LEXINGTON INSURANCE COMPANY, et al.,<br><br>        Defendants. | Case No. 12-cv-03103-JST<br><br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE AND SETTING SCHEDULE** |

On the court's own motion, and good cause appearing, the Case Management Conference scheduled for June 5, 2013 is CONTINUED to July 25, 2013 at 2:00 p.m., when the matter is already on calendar for a hearing on Defendant's Motion to Bifurcate and Stay Plaintiffs' Bad Faith Claims.

The Court also hereby sets the following case deadlines pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10:

| Event | Deadline |
|---|---|
| Deadline to add parties or amend the pleadings | The court does not anticipate further amendment |
| Fact discovery cut-off | December 20, 2013 |
| Expert disclosures | January 24, 2014 |
| Expert rebuttal | February 7, 2014 |

| Event | Deadline |
|---|---|
| Expert discovery cut-off | February 21, 2014 |
| Deadline to file dispositive motions | March 14, 2014 |
| Pretrial conference statement due | May 27, 2014 |
| Pretrial conference | June 6, 2014 at 2:00 p.m. |
| Trial | June 23, 2014 at 8:30 a.m. |
| Estimate of trial length (in days) | 10 |

Counsel may not modify these dates without leave of court. The parties shall comply with the Court's standing orders, which are available at cand.uscourts.gov/jstorders.

The parties must take all necessary steps to conduct discovery, compel discovery, hire counsel, retain experts, and manage their calendars so that they can complete discovery in a timely manner and appear at trial on the noticed and scheduled dates. All counsel must arrange their calendars to accommodate these dates, or arrange to substitute or associate in counsel who can.

Trial dates set by this Court should be regarded as firm. Requests for continuance are disfavored. The Court will not consider any event subsequently scheduled by a party, party-controlled witness, expert or attorney that conflicts with the above trial date as good cause to grant a continuance. The Court will not consider the pendency of settlement discussions as good cause to grant a continuance.

Dated: June 3, 2013



JON S. TIGAR
United States District Judge