United States District Court
Northern District of California

| | |
|---|---|
| AMERICAN STEEL & AIRWAYS, INC., et al., <br><br> Plaintiffs, <br><br> v. <br><br> LEXINGTON INSURANCE COMPANY, et al., <br><br> Defendants. | Case No.: CV 12-03103-JST (KAW) <br><br> ORDER GRANTING PLAINTIFFS' MOTION FOR TELEPHONIC CONFERENCE <br><br> (Dkt. No. 99) |

On December 13, 2013, Plaintiffs filed a declaration and request for telephonic conference to enforce the Court's meet and confer requirement. (Dkt. No. 99.) The parties have two pending discovery disputes and a fact discovery cut-off of December 20, 2013.

The Court grants Plaintiffs' request for a telephonic conference to address the meet and confer requirement only. There will be no substantive discussion of any pending discovery disputes, as, in the absence of a joint letter, there are no disputes currently before the Court.

The Court will initiate a telephone conference on Tuesday, December 17, 2013 at 10:00 a.m. Lead counsel for both sides are required to attend.

IT IS SO ORDERED.

Dated: December 13, 2013

KANDIS A. WESTMORE
United States Magistrate Judge