Alexander F. Stuart SBN 96141
Ellyn E. Nesbit SBN 136398
Rebecca A. Applewhite SBN 284780
WILLOUGHBY, STUART & BENING
50 W. San Fernando Street, Suite 400
San Jose, California 95113
Telephone:   (408) 289-1972
Facsimile:   (408) 295-6375

Attorneys for Plaintiffs, AMERICAN STEEL &
STAIRWAYS, INC., MARTIN VOLLRATH and
THOMAS VOLLRATH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AMERICAN STEEL & STAIRWAYS, INC.; MARTIN VOLLRATH, an individual; and THOMAS VOLLRATH, an individual,<br><br>           Plaintiffs,<br><br>v.<br><br>LEXINGTON INSURANCE COMPANY, a Delaware corporation; THE INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA, a Pennsylvania corporation; and DOES 1 through 100, inclusive,<br><br>           Defendants. | Case No. 12 cv 3103 JST<br><br>[The Honorable Jon S. Tigar]<br><br>**STIPULATION AND [PROPOSED] ORDER VACATING REMAINING CASE DEADLINES** |

Pursuant to Civil Local Rules 6-1 and 6-2 of the Northern District of California, Plaintiffs American Steel & Stairways, Inc. ("American Steel"), Martin Vollrath and Thomas Vollrath (collectively, "Plaintiffs") and Defendants Lexington Insurance Company ("Lexington") and Insurance Company of the State of Pennsylvania ("ISOP"), collectively, with Plaintiffs, the "Parties," by their undersigned attorneys, hereby stipulate and agree as follows:

1.      The Parties participated in mediation with mediator Anne Goyette on January 28, 2014, and following the mediation entered into a term sheet for settlement of the case. The terms

1

STIPULATION AND [PROPOSED] ORDER VACATING REMAINING CASE DEADLINES

of the settlement will be confidential.  A settlement agreement is in the process of being drafted, and it is expected that the settlement will be concluded within the next 90 days.

2. The matter currently has the following case deadlines:

    a.    Expert disclosures:    March 21, 2014

    b.    Expert rebuttal:    April 4, 2014

    c.    Expert discovery cutoff:    April 18, 2014

    d.    Filing of dispositive motions: May 9, 2014

    e.    Pretrial conference statement: July 22, 2014

    f.    Pretrial conference:    August 1, 2014

    g.    Jury trial:    August 18, 2014

3. The Parties would like to vacate the remaining deadlines, and schedule this matter for a status conference in May 2014 to report on the settlement.  If the settlement is concluded before then, it is the Parties' intention to present the Court with a stipulation for dismissal at that time.

NOW, THEREFORE, the Parties hereby stipulate to vacate the remaining case deadlines, and to schedule a status conference in May 2014 or at whatever time the Court deems appropriate based on the Court's calendar.

IT IS SO AGREED AND STIPULATED.

DATED: January 31, 2014

SEDGWICK LLP

By: __/s/_ Traci M. Ribeiro_____
    Traci M. Ribeiro

Attorneys for Defendants LEXINGTON INSURANCE COMPANY, INSURANCE COMPANY OF THE STATE OF PENNSYLVANIA and CHARTIS CLAIMS, INC.

DATED: January 31, 2014

WILLOUGHBY, STUART & BENING

By: __/s/_ Alexander F. Stuart_____
    Alexander F. Stuart

Attorneys for Plaintiffs AMERICAN STEEL & STAIRWAYS, INC., MARTIN VOLLRATH and THOMAS VOLLRATH

## **ORDER**

The Court hereby orders that the remaining case deadlines are vacated, and that the Parties shall appear, through their counsel, on May 21, 2014, for a status conference to report on the status of the settlement of this case, but only in the event that a stipulation for dismissal has not been presented to the Court before that date.

DATED: February 4, 2014

_____
HONORABLE JON S. TIGAR
UNITED STATES DISTRICT COURT JUDGE